JS-6

UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY<br><br>Plaintiff<br><br>v.<br><br>JANT PROPERTIES, INC.; ABIMAEL DOMINGUEZ DE JESUS DBA DJ'S TOWING; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: CV 14-15-GW(SSx)<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants JANT PROPERTIES, INC.; ABIMAEL DOMINGUEZ DE JESUS DBA DJ'S TOWING be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 2:14-cv-00015-GW-SS.

**IT IS SO ORDERED.**

Dated: February 3, 2014

_____
GEORGE H. WU, U.S. District Judge